159 So. 919
**Jesse MICHAEL v. STATE.**
8 Div. 33.

Court of Appeals of Alabama.
Feb. 5, 1935.

SAMFORD, Judge.
Appeal dismissed.

159 So. 919
**Cliff MILLER v. STATE.**
8 Div. 81.

Court of Appeals of Alabama.
Feb. 5, 1935.

RICE, Judge.
Affirmed.

152 So. 924
**Elmore MILLER v. CITY OF HUNTSVILLE.**
8 Div. 901.

Court of Appeals of Alabama.
Jan. 18, 1934.

PER CURIAM.
Appeal dismissed for want of prosecution.

159 So. 920
**Houston MILLER v. STATE.**
8 Div. 108.

Court of Appeals of Alabama.
Feb. 5, 1935.

RICE, Judge.
Affirmed.

161 So. 919
**H. T. MILLER v. STATE.**
8 Div. 96.

Court of Appeals of Alabama.
May 21, 1935.

RICE, Judge.
Appeal dismissed.

157 So. 921
**Jessie Lee MILLER, alias Baxter, v. STATE.**
4 Div. 70.

Court of Appeals of Alabama.
Nov. 27, 1934.

BRICKEN, Presiding Judge.

Appellant, defendant in the court below, was charged by indictment with the offense of distilling, making, or manufacturing, alcoholic or spirituous liquors or beverages; and in the second count of the unlawful possession of a still to be used for that purpose. The indictment is in proper form and substance. The trial in the court below resulted in his conviction as charged in the indictment, and the court duly sentenced him to serve an indeterminate term of imprisonment in the penitentiary, as the law requires. The affirmative charge was refused to defendant the record shows. There is no bill of exceptions; hence the refusal of this charge by the trial court will not be considered. The record is regular and without error. · The judgment of conviction from which this appeal was taken is affirmed.

Affirmed.